**ORDERED in the Southern District of Florida on September 25, 2026.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

Adam Hendry, Case No. 25-14711-MAM

Debtor. Chapter 11

__________________________________/

**ORDER ON MOTION TO APPROVE CERTAIN DISTRIBUTIONS**

THIS MATTER came before the Court for hearing on September 23, 2026 upon the *Plan Administrator's Motion to Authorize Certain Distributions* [Dkt. No. 559], as supplemented at Dkt. No. 587 (collectively, the "Motion"), filed by Daniel J. Stermer (the "Plan Administrator"). Alejandro Arguelles and Gatoralex Consulting, LLC joined in the Motion at Dkt. 574. FC Sioux Falls Pref L.P. objected to the Motion at Dkt. No. 573.

The Motion concerns the Plan Administrator's request for authorization to make certain distributions from the $4,459,338.70 (the "Sale Proceeds") the Plan Administrator is holding in

his counsel's attorney trust account as a result of the July 29, 2026 closing of the sale by Cheyenne River Ranch, LLC of the real property described in the Motion as the Cheyenne Property.

For the reasons stated on the record at the September 23, 2026 hearing, which also involved the Motion for Preliminary Injunction filed by FC Sioux Falls Pref, L.P.'s in Adversary Proceeding No. 26-01285-MAM (the "Adversary Proceeding") at Dkt. No. 2, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Court will take the Motion [Dkt. Nos. 559 and 587] under advisement.

2. Notwithstanding the foregoing, and pursuant to the Court's Order at Dkt. No. 557, the Plan Administrator is authorized to utilize $75,000 from the Sale Proceeds to make payments to himself and his counsel in partial satisfaction of the fees and expenses awarded by the Court in its Orders at Dkt. Nos. 606 and 607.

3. Pending further order of this Court, the Plan Administrator shall continue to hold the remaining $4,384,338.70 in Sale Proceeds in either: (a) his counsel's attorney trust account; or (b) an interest-bearing account in the Plan Administrator's name.

# # #

Submitted by:

Eric Pendergraft
Counsel to Plan Administrator
Shraiberg Page P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
Tel: 561-526-8459
Fax: 561-998-0047

*Eric Pendergraft is directed to serve a copy of this Order on all interested parties and to file a certificate of service.*